## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>**GUANTANAMO BAY DETAINEE LITIGATION** | **Misc. No. 08-442 (TFH)**<br><br>**Civil Action Nos.**<br><br>**08-CV-1185, 08-CV-1207, 08-CV-1221, 08-CV-1223, 08-CV-1224, 08-CV-1227, 08-CV-1228, 08-CV-1229, 08-CV-1230, 08-CV-1231, 08-CV-1232, 08-CV-1233, 08-CV-1235, 08-CV-1236, 08-CV-1237, 08-CV-1238** |

### ORDER

By August 1, 2008, the parties shall each file concise reports summarizing the status of each of the above-listed cases.

**SO ORDERED**.

July 24, 2008

/s/
Thomas F. Hogan
United States District Judge