UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AWAL GUL )<br>    Detainee, )<br>    )<br>    *Petitioner*, )<br>    )<br>    v. )<br>    )<br>GEORGE W. BUSH, et al. )<br>    )<br>    *Respondents* )<br>    ) | Civil Action No.<br><br>08-CV-1224 (RMC) |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of W. Matthew Dodge and Brian Mendelsohn as counsel for Petitioner Awal Gul , ISN 782, in the above-captioned matter.

Counsel for Petitioner certify, pursuant to L. Civ. R. 83.2(g) that they are representing Petitioner without compensation.

This the 12th day of August, 2008.

                      Respectfully submitted,

                      /s/ W. Matthew Dodge
                      W. MATTHEW DODGE (Pursuant to LcvR 83.2(g))
                      Georgia State Bar No. 224371

                      /s/ Brian Mendelsohn
                      BRIAN MENDELSOHN (Pursuant to LcvR 83.2(g))
                      Georgia State Bar No. 502031

                      FEDERAL DEFENDER PROGRAM, INC.
                      100 Peachtree Street, N.W., Suite 1700
                      Atlanta, Georgia 30303
                      Telephone: (404) 688-7530
                      Facsimile: (404) 688-0768
                      E-mail: Matthew_Dodge@fd.org