UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AWAL GUL<br>    Detainee, | ) ) ) | |
|     *Petitioner*, | ) ) | Civil Action No. |
| v. | ) ) | 08-CV-1224 (RMC) |
| GEORGE W. BUSH, et al. | ) ) ) | |
|     *Respondents* | ) ) | |

**NOTICE OF ENTRY OF APPEARANCE**

TO THE CLERK:

Please enter the appearance of W. Matthew Dodge and Brian Mendelsohn as counsel for Petitioner Awal Gul , ISN 782, in the above-captioned matter.

Counsel for Petitioner certify, pursuant to L. Civ. R. 83.2(g) that they are representing Petitioner without compensation.

This the 12th day of August, 2008.

                                            Respectfully submitted,

                                            /s/ W. Matthew Dodge
                                          W. MATTHEW DODGE (Pursuant to LcvR 83.2(g))
                                          Georgia State Bar No. 224371

                                          */s/ Brian Mendelsohn*
                                          BRIAN MENDELSOHN (Pursuant to LcvR 83.2(g))
                                          Georgia State Bar No. 502031

                                          FEDERAL DEFENDER PROGRAM, INC.
                                          100 Peachtree Street, N.W., Suite 1700
                                          Atlanta, Georgia 30303
                                          Telephone: (404) 688-7530
                                          Facsimile: (404) 688-0768
                                          E-mail:  Matthew_Dodge@fd.org